7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Angela K. Heuback (TRNSFD TO SOUTHERN DIV)
*Debtor*

*Bankruptcy Case No.*
12–30257–abf7

**Norman Rouse**
    Plaintiff(s)

*Adversary Case No.*
13–06014–abf

v.

**Stewart Sovereign**
    Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that judgment is entered against Stewart Sovereign in the amount of $5,000.00; plus interest as allowed by law. IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Trustee may sell both the estate's interest, and the interest of the defendant Stewart Sovereign, in the real estate discribed in the Order for Judgment, Document No. 10, and from the proceeds pay to First Independent Bank for its first deed of trust in the approximate amount of $46,000.00; cost of sale and other costs as allowed pursuant to ll U.S.C. Section 363(h) and from the net proceeds, half will be paid to the estate plus an additional $5,000.00 plus interest as allowed by law, if defendant Stewart Sovereign has not already satisfied the judgment in the amount of $5,000.00. The balance thereof will be paid to defendant Stewart Sovereign for his interest in the real estate.

                        Ann Thompson
                        Court Executive

                        By: /s/ Sharon Greene
                            Deputy Clerk



Date of issuance: 6/5/13

Court to serve